**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDA JANSSEN,<br><br>    Plaintiff,<br><br>v.<br><br>CHECKFREE SERVICES CORP., FISVERV SOLUTIONS LLC, LATICIA SHAW, CARRIE MARTINELLI, & JENNIFER DEWOLF,<br><br>    Defendants. | Civil Action No. 17-10557 (SDW) (SCM)<br><br>**ORDER**<br><br>June 1, 2020 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Steven C. Mannion's ("Judge Mannion") Report and Recommendation ("R&R"), dated May 15, 2020, which recommends that Plaintiff Linda Janssen's motion to remand be granted. No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Mannion (D.E. 72) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                    /s/ Susan D. Wigenton
                                    **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc:   Parties
       Magistrate Judge Mannion